## Commonwealth *v.* Wearing, Appellant.

Argued September 13, 1972. *Michael F. Walsh,* with him *O'Halloran, Stack & Smith,* for appellant; *David Richman,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth, Appellant, *v.* Wehr.

Argued September 15, 1972. *Stephen B. Harris,* Assistant District Attorney, with him *Kenneth A. Cardone,* Assistant District Attorney, and *Kenneth G. Biehn,* District Attorney, for Commonwealth, appellant; *Oscar S. Bortner,* with him *Jackson, Bortner & Ballow,* for appellee.

Order affirmed.

WRIGHT, P. J., dissents.